Lampack v Andrews (2026 NY Slip Op 00742)

Lampack v Andrews

2026 NY Slip Op 00742

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

979 CA 24-01609

[*1]STACY A. LAMPACK AND ROBERT LAMPACK, PLAINTIFFS-RESPONDENTS,
vRICHARD A. ANDREWS, DEFENDANT-APPELLANT.
RICHARD A. ANDREWS, THIRD-PARTY PLAINTIFF-APPELLANT, 
vLEWIS COUNTY, THIRD-PARTY DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KAREN G. FELTER OF COUNSEL), FOR THIRD-PARTY PLAINTIFF-APPELLANT AND DEFENDANT-APPELLANT.
HARDING MAZZOTTI, LLP, ALBANY (PETER P. BALOUSKAS OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 
FITZGERALD MORRIS BAKER FIRTH, P.C., GLENS FALLS (JOSHUA D. LINDY OF COUNSEL), FOR THIRD-PARTY DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Lewis County (James P. McClusky, J.), entered September 20, 2024, in a premises liability action. The order denied the motion of defendant-third-party plaintiff to set aside a verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Lampack v Andrews ([appeal No. 2] — AD3d — [Feb. 11, 2026] [4th Dept 2026]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court